474

No. 48366.—Protest 18604–K/88999 of J. E. Bernard & Co., Inc. (Chicago).

Opinion by WALKER, J.   At the hearing it was stipulated that the merchandise in question is similar in all material respects to that involved in Centennial Flouring Mills Co. v. United States (29 C. C. P. A. 264, C. A. D. 200) and that case was incorporated herein.   On the record thus presented the claim for free entry under paragraph 1705 was sustained.

BEFORE THE SECOND DIVISION, JUNE 5, 1943

No. 48367.—Protests 987443–G. etc., of Freedman & Slater, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following United States v. Armand Schwab (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained to this extent.

No. 48368.—Protests 975465–G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J.   The knotted hemp straw hats in question, stipulated to be similar in all material respects to those involved in Abstract 46497, were held dutiable under paragraph 1504 (b) (1), as claimed.

No. 48369.—Protest 942025–G of Accurate Millinery Co. (New York).

Opinion by TILSON, J.   The knotted hemp hats in question, stipulated to be similar in all material respects to those involved in Abstract 46497, were held dutiable under paragraph 1504 (b) (1), as claimed.

No. 48370.—Protests 36085–K, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J.   It was stipulated that the hats in question are composed of manila hemp, not blocked or trimmed, and not bleached, dyed, colored, or stained, and that they are similar to those the subject of United States v. Armand Schwab (30 C. C. P. A. 72, C. A. D. 218).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

No. 48371.—Protest 564417–G of Finkelstein & Sons (New York).

Opinion by TILSON, J.   It was agreed by counsel for the respective parties that the harvest hats in question are similar to those involved in Caradine v. United States (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained.